UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SPINNAKER INSURANCE COMPANY, ) | |
| Plaintiff, ) | |
| ) | No. 1:22-cv-596 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| ROBERT BRISTOL, *et al.*, ) | |
| Defendants. ) | |
| ) | |

## DEFAULT JUDGMENT

In accordance with the order entered on this date pursuant to Fed. R. Civ. P. 55, Judgment in favor of Plaintiff and against Defendants on all counts **HEREBY ENTERS**.

The Court **HEREBY DECLARES**,

1. That Plaintiff is not obligated to provide Robert and Seprenna Bristol with coverage for any costs or expenses incurred in connection to the home located at 16074 Brook Road, Lansing, Michigan, 48096.

2. That Plaintiff is not obligated to provide Robert and Seprenna Bristol with coverage for any defense costs or claim expenses incurred with respect to the home located at 16074 Brook Road, Lansing, Michigan, 48096.

3. That the homeowners policy, referenced in the accompanying order, is rescinded and void *ab initio*.

4. That, even if the policy was not rescinded, there is no coverage for the subject incident due to an exclusion for vicious dogs.

**IT IS SO ORDERED.**

Date: January 13, 2023                            /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge